UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SILVANA BARCIA, JENNIFER CORTES and MIGUEL ROJAS, individually and on behalf of all others similarly situated,**<br><br>       **Plaintiffs,**<br><br>  **-against-**<br><br>**440 CAR SERVICE, INC., and PATRICIO LEMA and ALFREDO ENCALADA, as individuals,**<br><br>       **Defendants.** | CIVIL ACTION NO:<br>20-CV-4002<br><br>STIPULATION AND<br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

    IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted therein by Plaintiffs are hereby dismissed in their entirety and with prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the Settlement Agreement.


Helen F. Dalton & Associates, P.C.   Law Offices of Gregory J. Gallo, P.C.
80-02 Kew Gardens Road, Suite 601  34-11 Queens Boulevard
Kew Gardens, NY 11415     Long Island City, NY 11101


By: *James O'Donnell*      By: _____
James O'Donnell, Esq.      Gregory J. Gallo, Esq.
jamespodonnell86@gmail.com   greggallo@outlook.com
Attorney for Plaintiffs      Attorney for Defendants


SO-ORDERED:

          _____